UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN WESLEY PURDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-668-R |
| ) | |
| FNU CARTER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 9], in its entirety. This action is dismissed without prejudice.

IT IS SO ORDERED this 30th day of October, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1